372 A.2d 1201

**COMMONWEALTH of Pennsylvania**

v.

**Ricky CIVITARESE, Appellant.**

Supreme Court of Pennsylvania.

Argued April 14, 1977.

Decided May 17, 1977.

Joel M. Breitstein, Lebanon, for appellant.

George E. Christianson, Dist. Atty., Thomas S. Long, Lebanon, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM:

Order affirmed.